**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Stephanie Rebecca Moser | Social Security number or ITIN   xxx–xx–3770 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jon Scott Moser | Social Security number or ITIN   xxx–xx–9209 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   25–43829–mxm7

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephanie Rebecca Moser

Jon Scott Moser
aka Scott Moser

<u>1/6/26</u>

**By the court:** <u>Mark X. Mullin</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Texas

In re:                                                                                          Case No. 25-43829-mxm

Stephanie Rebecca Moser                                                        Chapter 7

Jon Scott Moser
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                       Page 1 of 7
Date Rcvd: Jan 07, 2026                  Form ID: 318                               Total Noticed: 203

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephanie Rebecca Moser, Jon Scott Moser, 6061 Paper Shell Way, Fort Worth, TX 76179-9282 |
| cr | | Frost Bank, c/o Adams Lynch & Loftin, P.C., Attn: Stacy B. Loftin, 3950 Highway 360, Grapevine, TX 76051-6741 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| 22867683 | + | 203-2M MISSOULA, 2901 Latimer St, Missoula, MT 59808-1675 |
| 22867684 | + | 2M Company Inc., PO Box 741601, Los Angeles, CA 90074-1601 |
| 22867698 | + | ATC Driveaway, 9000 Executive Park Dr Suite A105, Knoxville, TN 37923-4649 |
| 22867685 | + | Abel Tool LLC, PO Box 1064, Hale Center, TX 79041-1064 |
| 22867686 | + | AllTranstek, LLC, 1101 W. 31st Street Suite 200, Downers Grove, IL 60515-5650 |
| 22867688 | + | American Automatic Sprinkler, PO Box 7705, Fort Worth, TX 76111-0705 |
| 22867690 | + | American Financial Management, PO Box 735633, Chicago, IL 60673-5633 |
| 22867691 | + | Amur Equip Finance, 304 W 3rd Street, Grand Island, NE 68801-5941 |
| 22867692 | + | Amur Legal Dept, 304 W 3rd Street, Grand Island, NE 68801-5941 |
| 22867693 | + | Armet Dale Street LP, PO Box 121969, Fort Worth, TX 76121-1969 |
| 22867694 | + | Arrow Plating, PO Box 11451, Fort Worth, TX 76110-0451 |
| 22867696 | + | Ascentium Capital, PO Box 71297, Charlotte, NC 28272-1297 |
| 22867697 | + | Ashton & Weinberg, 800 Oaklawn Ave Ste 203, Cranston, RI 02920-2841 |
| 22867706 | + | BMO Bank, 320 South Canal Street, Chicago, IL 60606-5707 |
| 22867707 | + | BMO Workout Division, 1625 W Fountainhead Pkwy, 10th Flr, Tempe, AZ 85282-0036 |
| 22867700 | + | Ballistic Vision Safety Glass Inc, 319 County 1 W, Pine River, MN 56474-4008 |
| 22867702 | + | Best Buy Credit Services, PO Box 658213, Dallas, TX 75265-8213 |
| 22867703 | + | Bishop Lifting, 1149 W Hurst Blvd, Hurst, TX 76053-7403 |
| 22867704 | + | BlackHawk Industrial, PO Box 650823, Dallas, TX 75265-0823 |
| 22867705 | + | Blake Equipment, PO Box 403538, Atlanta, GA 30384-3538 |
| 22867708 | + | Boyd Metals of Oklahoma City, PO Box 19410, Oklahoma City, OK 73144-0410 |
| 22867709 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 22867710 | + | Brainerd Chemical, PO Box 52160, Tulsa, OK 74152-0160 |
| 22867711 | + | C2C Resources LLC Collection Agency, 1455 Lincoln Pkwy E Ste 550, Atlanta, GA 30346-2288 |
| 22867714 | + | CF Metals, 3413 Lawnwood St, Fort Worth, TX 76111-4517 |
| 22867726 | + | CSG Law, 105 Eisenhower Pkwy, Roseland, NJ 07068-1644 |
| 22867712 | + | Caine & Weiner Collection Agency, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 22867715 | + | Champagne Metals, PO BOX 731669, Dallas, TX 75373-1669 |
| 22867719 | + | Ciera Bank, 1501 Summit Ave, Fort Worth, TX 76102-5914 |
| 22867722 | + | Citi Cards, PO Box 658202, Dallas, TX 75265-8202 |
| 22867723 | + | CitiBusiness Card, PO Box 658202, Dallas, TX 75265-8202 |
| 22867724 | + | Collections at Oakmont, 600 Willowbrook Ln Ste 601, West Chester, PA 19382-5565 |
| 22867725 | + | Coremark, 216 27th Ave North, Minneapolis, MN 55411-1612 |
| 22867730 | + | DX Electric Company, 920 Minters Chapel Rd suite 400, Grapevine, TX 76051-1304 |
| 22867727 | + | Delta Steel, Inc, PO Box 849086, 5th floor, Dallas, TX 75284-9086 |
| 22867728 | + | DoALL Company, 5505 W 123rd Street Suite 300, Savage, MN 55378-5508 |
| 22867729 | + | Drillers Service LLC, PO Box 403538, Atlanta, GA 30384-3538 |
| 22867731 | + | E&E Auto Glass, PO Box 347, Decatur, TX 76234-0309 |

| | | |
|---|---|---|
| 22867733 | + | ECi Software Solutions Inc, PO Box 737466, Dallas, TX 75373-7466 |
| 22867732 | + | Earle M. Jorgensen Co., PO Box 951607, Dallas, TX 75395-1607 |
| 22867734 | + | Elite Material Handling, PO Box 967, Grapevine, TX 76099-0967 |
| 22867735 | + | Ellison Technologies, Lock Box 201080, Dallas, TX 75320-1080 |
| 22867736 | + | F3 International LLC, 11108 Knoxville Ln, Frisco, TX 75035-8315 |
| 22867737 | + | Fast Signs, 2400 Westport Parkway Ste 900, Fort Worth, TX 76177-5317 |
| 22867738 | + | Fastenal, PO Box 1286, Winona, MN 55987-7286 |
| 22867740 | + | First Citizens Bank & Trust Co, 21146 Nework Place, Chicago, IL 60673-0001 |
| 22867741 | + | Flagstar Financial & Leasing LLC, PO Box 71278, Philadelphia, PA 19176-6278 |
| 22867742 | + | FleetPride Truck & Trailer Parts, PO Box 847118, Dallas, TX 75284-7118 |
| 23028854 | + | Frost Bank, c/o Adams, Lynch & Loftin, PC, Attn: Stacy B. Loftin, 3950 Highway 360, Grapevine, TX 76051-6741 |
| 22867744 | + | Frost Bank, 3851 Ne Loop 820, Fort Worth, TX 76137-2465 |
| 22867745 | + | GETEC, PO Box 583, Ferndale, NY 12734-0583 |
| 22867746 | + | Gicon Pumps, PO Box 80610, Billings, MT 59108-0610 |
| 22867750 | + | Graybar Financial Services, PO Box 5066, Hartford, CT 06102-5066 |
| 22867751 | + | Green Flag Metals, 24651 Center Ridge Road Suite 105, Westlake, OH 44145-5645 |
| 22867752 | ++ | H&D DISTRIBUTORS, 1373 ROUND TABLE DRIVE, DALLAS TX 75247-3505 address filed with court:, H&D Distributors, 1373 Round Table Drive, Dallas, TX 75247 |
| 22867759 | + | HRS, 2750 E. Lamar Blvd, Arlington, TX 76011-4593 |
| 22867760 | + | HSC, 10909 Otter Creek East Blvd., Mabelvale, AR 72103-1661 |
| 22867753 | + | Harbor Networks, PO Box 200664, Pittsburg, PA 15251-0664 |
| 22867754 | | Hawe Hydraulics, PO Box 602920, Charlotte, NC 28260-2920 |
| 22867755 | + | Headwater Wholesale, 16713 Industrial Parkway, Lansing, MI 48906-9176 |
| 22867756 | #+ | High Noon Holdings LLC, 500 Randall Street, Rhome, TX 76078-4469 |
| 22867758 | #+ | Horizon Hoist LLC, 500 Randall Street, Rhome, TX 76078-4469 |
| 22867761 | + | Hydradyne, LLC, PO Box 974799, Dallas, TX 75397-4799 |
| 22867762 | + | Hyland Law Firm LLC, 7300 W. 110th St. Suite 930, Overland Park, KS 66210-2394 |
| 22867763 | + | Impel, 8430 W Bryn Mawr Ave Ste 260, Chicago, IL 60631-3473 |
| 22867766 | + | Jerry Thompson, 4317 NE Thurston Way Ste. 270, Vancouver, WA 98662-6673 |
| 22867769 | + | Lifco Hydraulics Inc., 1865 Grand Island Blvd, Grand Island, NY 14072-2171 |
| 22867770 | + | Lincoln Automotive Financial Services, 423 Lynch St, St. Louis, MO 63118-1902 |
| 22867771 | + | Lincoln Automotive Financial Services, 423 Lynch St., Saint Louis, MO 63118-1902 |
| 22867788 | + | MSC, PO Box 953635, Saint Louis, MO 63195-3635 |
| 22867772 | + | MaintainX, 382 NE 191st St. PMB 98008, Miami, FL 33179-3899 |
| 22867773 | + | Manufacturers Financing Services, 21747 Chicago, IL 60694-1347 |
| 22867774 | + | Marvel Coatings, PO Box 37123, Houston, TX 77237-7123 |
| 22867775 | + | Matheson Legal Dept, 909 Lake Carolyn Parkway Ste 1300, Irving, TX 75039-4821 |
| 22867776 | + | Matheson Tri-Gas Inc, PO Box 123028, Dallas, TX 75312-3028 |
| 22867777 | + | McCarty Equipment Co., Ltd., PO Box 841388, Dallas, TX 75284-1388 |
| 22867779 | + | Meridian Propane, PO Box 136847, Fort Worth, TX 76136-0847 |
| 22867780 | + | Metal Supermarkets, 5007 Martin Luther King Fwy., Fort Worth, TX 76119-4139 |
| 22867781 | + | Metroplex Welding Supply, Inc, 1970 W. Northwest Hwy, Dallas, TX 75220-2392 |
| 22867782 | + | Mid-America Pump & Supply Inc, PO Box 1287, Hastings, NE 68902-1287 |
| 22867783 | + | Midland States Bank, PO Box 2149, Gig Harbor, WA 98335-4149 |
| 22867784 | + | Midwest Hose & Specialty, Inc., PO Box 248911, Oklahoma City, OK 73124-8911 |
| 22867786 | + | Motion Industries Inc, PO Box 849737, Dallas, TX 75284-9737 |
| 22867787 | + | Mouser Electronics, PO Box 99319, Fort Worth, TX 76199-0319 |
| 22867789 | + | NACM Southwest, 751 Plaza Blvd, Coppell, TX 75019-6685 |
| 22867790 | + | National Tube Supply Company, PO Box 85408, Chicago, IL 60689-5408 |
| 22867794 | + | NetGain Motors, Inc., 800 S State St Suite 4, 2nd Floor, Lockport, IL 60441-3434 |
| 22867795 | + | Northeast Parts, 4850 33rd Street, Long Island City, NY 11101-2514 |
| 22867796 | + | Norton Metals, 1350 Lawson Road, Fort Worth, TX 76131-2723 |
| 22867797 | + | Nucor Tubular Products, 29111 Network Place, Chicago, IL 60673-1291 |
| 22867799 | | OEM Controls, P.O. Box 894, Shelton, CT 06484-0894 |
| 22867800 | + | Old Dominion, PO Box 841324, Dallas, TX 75284-1324 |
| 22867801 | + | OnScene Solutions LLC, PO Box 270, Windsor, CO 80550-0270 |
| 22867802 | + | Orkin, 3601 NE Loop 820 Ste. 100, Fort Worth, TX 76137-2466 |
| 22867807 | + | PNC Bank NA Commercial Lending Operations, PO Box 747046, Pittsburgh, PA 15274-7046 |
| 22867805 | + | Phillips Lytle LLP, 3 Winners Circle Ste 306, Albany, NY 12205-1161 |
| 22867806 | + | Phoenix Metals Company, PO Box 206627, Dallas, TX 75320-6627 |
| 22867809 | + | Pritchard Auto Company, 1 TeamQuest Way, Clear Lake, IA 50428-2296 |
| 22867810 | + | Professional Paint Supply LLC, 1901 S Great SW Pkwy Ste 212, Grand Prairie, TX 75051-3505 |
| 22867811 | + | Purvis Industries, PO Box 540757, Dallas, TX 75354-0757 |

| | | |
|---|---|---|
| 22867812 | + | R.S. Hughes, PO Box 647018, Dallas, TX 75264-7018 |
| 22867818 | + | RS Americas Inc, PO Box 841811, Dallas, TX 75284-1811 |
| 22867815 | + | Richardson Fire Equipment, 724 S. Sherman St., Richardson, TX 75081-4028 |
| 22867816 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 22867817 | + | Royal Brass & Hose, PO Box 51468, Knoxville, TN 37950-1468 |
| 22867819 | + | Safety-Kleen, PO Box 975201, Dallas, TX 75397-5201 |
| 22867820 | + | Saia, PO Box 730532, Dallas, TX 75373-0532 |
| 22867821 | + | Samuel, Son & Co. Inc., PO Box 935254, Atlanta, GA 31193-5254 |
| 22867822 | + | Sandmeyer Steel Company, One Sandmeyer Lane, Philadelphia, PA 19116-3598 |
| 22867823 | + | Sargent Pipe Company, PO Box 627, Broken Bow, NE 68822-0627 |
| 22867824 | + | Scot Industries, Inc., PO Box 910018, Dallas, TX 75391-0018 |
| 22867825 | + | Scott?s Pump Service LLC, 6061 Paper Shell Way, Fort Worth, TX 76179-9282 |
| 22867826 | + | Sennett, Duncan, Jenkins & Wickham, P.C., L.L.O., 425 So. 7th Ave.., Broken Bow, NE 68822-2132 |
| 22867827 | + | Siemens Fianancial Services Inc, 200 Wood Avenue South 2nd Floor, Iselin, NJ 08830-2726 |
| 22867828 | + | Southeastern Freight Lines, PO Box 105024, Atlanta, GA 30348-5024 |
| 22867829 | + | Southwest Air Equipment, 4922 Northeast Pkwy, Fort Worth, TX 76106-1817 |
| 22867830 | #+ | Specialty Rig Sales LLC, 500 Randall Street, Rhome, TX 76078-4469 |
| 22867833 | + | Sterling Tech, 2707 W Mockingbird Lane, Dallas, TX 75235-5632 |
| 22867834 | + | Summit Hydraulics, 21415 N 15th lane STE 105, Phoenix, AZ 85027-2744 |
| 22867835 | + | Sureway, PO Box 1450, Minneapolis, MN 55485-1450 |
| 22867836 | + | Surface Prep, PO Box 713129, Chicago, IL 60677-0329 |
| 22867839 | + | Synter Resource, 5935 Rivers Ave # 102, Charleston, SC 29406-6071 |
| 22867842 | #+ | TDH Manufacturing LLC, 500 Randall Street, Rhome, TX 76078-4469 |
| 22867850 | + | TMAC, 7300 Jack Newell Boulevard S., Fort Worth, TX 76118-7115 |
| 22867841 | + | Taylor Taylor & Russell LLP, 2777 Allen Parkway Ste 1000, Houston, TX 77019-2165 |
| 22867843 | + | Team DriveAway, 401 W Frontier Lane Ste 100, Olathe, KS 66061-7250 |
| 22867844 | + | Tejas Hydraulics Inc, 802 W Cotton Street, Longview, TX 75604-5506 |
| 22867848 | + | Textrol, 3160 Commonwealth Dr Ste 122, Dallas, TX 75247-6218 |
| 22867849 | + | The Tsang Law Firm PC, 450 Lexington Ave, 4th floor, New York, NY 10017-3912 |
| 22867852 | + | Trumpf Finance, 480 Washington Blvd, Jersey City, NJ 07310-2053 |
| 22867854 | + | Tucker, Albin & Associates Collecton Agency, 1702 N. Collins Blvd, Suite 100, Richardson, TX 75080-3662 |
| 22867855 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 22867859 | + | UniShippers, 751 North Drive STE 4, Melbourne, FL 32934-9289 |
| 22867858 | + | Union Sling Company, PO Box 565301, Dallas, TX 75356-5301 |
| 22867861 | + | Varsity Driveway, 23724 W. 83rd Terrace, Shawnee, KS 66227-3138 |
| 22867869 | + | WM F. HURST CO., LLC, 2121 Southwest Blvd, Wichita, KS 67213-1441 |
| 22867863 | + | Warrior, 2140 Redbud Blvd. Ste. H, Mckinney, TX 75069-8226 |
| 22867864 | + | Waste Connections, PO Box 819, Iowa Park, TX 76367-0819 |
| 22867867 | + | Willbanks Metals, 1155 NE 28th Street, Fort Worth, TX 76106-7241 |
| 22867868 | + | Wilson Tool, PO Box 735292, Chicago, IL 60673-5292 |
| 22867870 | + | WorldWide Drilling Resource Inc, PO Box 660, Bonifay, FL 32425-0660 |
| 22867871 | + | Worldwide Express, PO Box 733360, Dallas, TX 75373-3360 |

TOTAL: 145

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | | |
| | | | Jan 08 2026 02:49:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| cr | + | EDI: AISACG.COM | | |
| | | | Jan 08 2026 02:49:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | | |
| | | | Jan 08 2026 02:49:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | | |
| | | | Jan 07 2026 22:05:00 | Midland States Bank d/b/a Midland Equipment Financ, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837 |
| cr | + | Email/Text: BKRMailOps@weltman.com | | |

District/off: 0539-4        User: admin        Page 4 of 7

Date Rcvd: Jan 07, 2026        Form ID: 318        Total Noticed: 203

| | | | |
|---|---|---|---|
| | | Jan 07 2026 22:05:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Jan 07 2026 22:05:00 | Northwest ISD, C/O Sherrel K. Knighton, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + Email/Text: newbk@Regions.com | | |
| | | Jan 07 2026 22:06:00 | Regions Bank, 6200 POPLAR AVE 4TH FLOOR, MEMPHIS, TN 38119-4713 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Jan 07 2026 22:05:00 | Tarrant County, C/O Sherrel K. Knighton, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Jan 07 2026 22:05:00 | Wise County, C/O Sherrel K. Knighton, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219, UNITED STATES 75219-3959 |
| 22867695 | Email/Text: bankruptcy@arvest.com | | |
| | | Jan 07 2026 22:06:00 | Arvest Bank, PO Box 1640, LOWELL, AR 72745 |
| 22867687 | ^ MEBN | | |
| | | Jan 07 2026 22:00:24 | Altus Receivables Management, 2121 Airline Drive 520, Metairie, LA 70001-5987 |
| 22867689 | + Email/PDF: bncnotices@becket-lee.com | | |
| | | Jan 07 2026 22:07:12 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 22867699 | ^ MEBN | | |
| | | Jan 07 2026 22:00:47 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 22867701 | + Email/Text: bcrumpton@barrcredit.com | | |
| | | Jan 07 2026 22:05:00 | Barr Credit Services, 3444 N Country Club Rd Ste 200, Tucson, AZ 85716-0815 |
| 22867713 | + EDI: CAPITALONE.COM | | |
| | | Jan 08 2026 02:49:00 | Capital One/Walmart, PO Box 60519, City of Industry, CA 91716-0519 |
| 22867716 | + EDI: JPMORGANCHASE | | |
| | | Jan 08 2026 02:49:00 | Chase Bank - Business Card, PO Box 15145, Wilmington, DE 19850-5145 |
| 22867717 | + EDI: JPMORGANCHASE | | |
| | | Jan 08 2026 02:49:00 | Chase Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 22867718 | + EDI: JPMORGANCHASE | | |
| | | Jan 08 2026 02:49:00 | Chase Sapphire, PO Box 15123, Wilmington, DE 19850-5123 |
| 22867720 | + Email/Text: stephen.malkiewicz@cintas.com | | |
| | | Jan 07 2026 22:05:00 | Cintas, PO Box 650838, Dallas, TX 75265-0838 |
| 22867721 | + EDI: CITICORP | | |
| | | Jan 08 2026 02:49:00 | Citi Cards, PO Box 658201, Dallas, TX 75265-8201 |
| 23063464 | Email/Text: citjaxbankruptcy@cit.com | | |
| | | Jan 07 2026 22:05:00 | First Citizens Bank & Trust, 10201 Centurion Parkway N. Ste 100, Jacksonville, FL 32256 |
| 22867739 | ^ MEBN | | |
| | | Jan 07 2026 21:59:48 | FedEx Freight, PO Box 10306, Palatine, IL 60055-0001 |
| 22867743 | + Email/Text: EBNBKNOT@ford.com | | |
| | | Jan 07 2026 22:06:00 | Ford Motor Credit, PO Box 35911, Cleveland, OH 44135-0911 |
| 22873256 | + EDI: AISACG.COM | | |
| | | Jan 08 2026 02:49:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 22867747 | + EDI: PHINAMERI.COM | | |
| | | Jan 08 2026 02:49:00 | GM Financial, PO Box 650595, Dallas, TX 75265-0595 |
| 22867748 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jan 07 2026 22:04:00 | Goldman Sachs USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 22867749 | ^ MEBN | | |
| | | Jan 07 2026 22:02:39 | Grainger, PO Box 419267, Kansas City, MO 64141-6267 |
| 22867757 | + Email/Text: jfield@highlandcc.com | | |
| | | Jan 07 2026 22:05:00 | Highland Capital Corporation, 370 Pascack Road, Township of Washington, NJ 07676-4835 |

District/off: 0539-4 | User: admin | Page 5 of 7
Date Rcvd: Jan 07, 2026 | Form ID: 318 | Total Noticed: 203

| | | | |
|---|---|---|---|
| 22867764 | | Email/Text: lori.doyle@intselsteel.com | |
| | | Jan 07 2026 22:04:00 | Intsel Steel, PO Box 301212, Dallas, TX 75303 |
| 22867765 | + | EDI: IRS.COM | |
| | | Jan 08 2026 02:49:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 22867767 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Jan 07 2026 22:05:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 22867768 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Jan 07 2026 22:05:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 22867785 | | Email/Text: jfeinstein@mhccna.com | |
| | | Jan 07 2026 22:04:00 | Mitsubishi HC Capital America, PO Box 71347, Chicago, IL 60694 |
| 22867778 | + | Email/Text: chi.sales@mcmaster.com | |
| | | Jan 07 2026 22:05:00 | McMaster Carr, PO Box 7690, Chicago, IL 60680-7690 |
| 22867791 | | Email/Text: ServicingAdmin@navitascredit.com | |
| | | Jan 07 2026 22:04:00 | Navitas Credit Corp, 201 Executive Center Dr Ste 100, Columbia, SC 29210 |
| 22867792 | | Email/Text: ServicingAdmin@navitascredit.com | |
| | | Jan 07 2026 22:04:00 | Navitas Credit Corp., 111 Executive Drive Suit, Columbia, SC 29210 |
| 22867793 | + | EDI: NFCU.COM | |
| | | Jan 08 2026 02:49:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 22867798 | | Email/Text: bankruptcy@oakmontfinance.com | |
| | | Jan 07 2026 22:05:00 | Oakmont Capital Services, 600 Willowbrook Lane Suite 601, West Chester, PA 19382 |
| 22867808 | ^ | MEBN | |
| | | Jan 07 2026 22:02:43 | PNC Equipment Finance, 655 Business Center Dr. Suite 250, Horsham, PA 19044-3448 |
| 22867803 | + | Email/Text: ecffilings@padfieldstout.com | |
| | | Jan 07 2026 22:05:00 | Padfield & Stout, LLP, Mark Stout, 100 Throckmorton St., Ste 700, Fort Worth, TX 76102-2837 |
| 22867804 | + | Email/Text: emccain@pbfcm.com | |
| | | Jan 07 2026 22:05:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 22867813 | + | Email/Text: shawn.temple@regions.com | |
| | | Jan 07 2026 22:05:00 | Regions Mortgage, PO Box 18001, Hattiesburg, MS 39404-8001 |
| 22867814 | + | Email/Text: bk@revenuegroup.com | |
| | | Jan 07 2026 22:06:00 | Revenue Group, 3711 Chester Ave, Cleveland, OH 44114-4623 |
| 22867837 | + | EDI: SYNC | |
| | | Jan 08 2026 02:49:00 | SYNCB/Venmo, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 22867838 | + | EDI: SYNC | |
| | | Jan 08 2026 02:49:00 | Synchrony Bank/Verizon, PO Box 669808, Dallas, TX 75266-0752 |
| 22867831 | | Email/Text: pacer@cpa.state.tx.us | |
| | | Jan 07 2026 22:06:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 22867851 | + | Email/Text: jwells@tql.com | |
| | | Jan 07 2026 22:06:00 | TQL, PO Box 634558, Cincinnati, OH 45263-4558 |
| 22867853 | | Email/Text: james.villiotte@trumpf.com | |
| | | Jan 07 2026 22:05:00 | Trumpf, Inc., 111 Hyde Road, Farmington, CT 06032 |
| 22867840 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | |
| | | Jan 07 2026 22:04:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 22867845 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | |
| | | Jan 07 2026 22:06:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 22867846 | + | Email/Text: bcd@oag.texas.gov | |
| | | Jan 07 2026 22:04:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 22867847 | + | Email/Text: collections.pacer@twc.texas.gov | |
| | | Jan 07 2026 22:06:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 22867856 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | |

District/off: 0539-4 User: admin Page 6 of 7

Date Rcvd: Jan 07, 2026 Form ID: 318 Total Noticed: 203

| | | | Jan 07 2026 22:05:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
|---|---|---|---|---|
| 22867857 | + | Email/Text: arbankruptcy@uline.com | | |
| | | | Jan 07 2026 22:06:00 | ULINE, PO Box 88741, Chicago, IL 60680-1741 |
| 22867860 | + | Email/Text: misty.hoefs@usbank.com | | |
| | | | Jan 07 2026 22:05:00 | US Bank, PO Box 790448, Saint Louis, MO 63179-0448 |
| 22867865 | + | EDI: WFDFV | | |
| | | | Jan 08 2026 02:49:00 | Wells Fargo Bank NA Equipment & Vendor Finance, PO Box 77101, Minneapolis, MN 55480-7101 |
| 22867866 | + | EDI: WFFC | | |
| | | | Jan 08 2026 02:49:00 | Wells Fargo Equipment Finance Inc, PO Box 858178, Minneapolis, MN 55485-8178 |
| 22867872 | ^ | MEBN | | |
| | | | Jan 07 2026 22:02:49 | Zoro, PO Box 5233, Janesville, WI 53547-5233 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22867862 | | VDC Paralegal, 277 Lakeshore Rd. East, Suite 401B Oakvi |
| 22873276 | *+ | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 22867832 | *+ | Stephanie Rebecca Moser, 6061 Paper Shell Way, Fort Worth, TX 76179-9282 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher B Henry | |
| | on behalf of Creditor Ciera Bank chenry@minorandjester.com sjones@minorandjester.com |
| Clayton Everett | |
| | on behalf of Debtor Stephanie Rebecca Moser clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | |
| | on behalf of Joint Debtor Jon Scott Moser clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Emily Campbell | |
| | on behalf of Creditor Armet Corporation ecampbell@canteyhanger.com |
| James W. Brewer | |

on behalf of Creditor Mitsubishi HC Capital America  Inc. james.brewer@kempsmith.com, tschoemer@kempsmith.com

Kelsey Linendoll, I

on behalf of Creditor Midland States Bank d/b/a Midland Equipment Finance klinendoll@padfieldstout.com

Marilyn Garner

mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net

Sherrel K. Knighton

on behalf of Creditor Northwest ISD Sherrel.Knighton@lgbs.com
Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton

on behalf of Creditor Wise County Sherrel.Knighton@lgbs.com
Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton

on behalf of Creditor Tarrant County Sherrel.Knighton@lgbs.com
Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Stacy B. Loftin

on behalf of Creditor Frost Bank sbl@all-lawfirm.com  allbknotices@gmail.com

Stephanie Elaine Kaiser

on behalf of Creditor Ciera Bank skaiser@krcl.com  drials@krcl.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

on behalf of Joint Debtor Jon Scott Moser warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred

on behalf of Debtor Stephanie Rebecca Moser warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 15